

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

James Kenneth Olsen, Appellant

No. 06-14-00193-CR          v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 13-0315X). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, James Kenneth Olsen, pay all costs of this appeal.

RENDERED MAY 22, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk